Mark L. Hejinian (SBN 281417)
ef-mlh@cpdb.com
Marcia V. Valente (SBN 321852)
ef-mvv@cpdb.com
David C. Beach (SBN 226972)
ef-dcb@cpdb.com
Charmaine G. Yu (SBN 220579)
ef-cgy@cpdb.com
Evan G. Campbell (SBN 342223)
ef-egc@cpdb.com
Darien Lo (SBN 347244)
ef-dxl@cpdb.com
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 391-4800

Marissa Hatton (SBN 348678)
mhatton@lccrsf.org
Andrew Ntim (SBN 347084)
antim@lccrsf.org
Jordan Wells (SBN 326491)
jwells@lccrsf.org
Nisha Kashyap (SBN 301934)
nkashyap@lccrsf.org
LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 543-9444

Neil K. Sawhney (SBN 300130)
nsawhney@aclunc.org
Lauren M. Davis (SBN 357292)
ldavis@aclunc.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

Laura Victoria Sanchez (SBN 253736)
laura@carecensf.org
Tala Berardi Hartsough (SBN 230204)
tala@carecensf.org
CARECEN SF
3101 Mission Street, Suite 101
San Francisco, CA 94110
Telephone: (415) 642-4402

Attorneys for Petitioner

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

CARMEN ARACELY PABLO SEQUEN,

Petitioner,

v.

Sergio ALBARRAN, Field Office Director of the San Francisco Immigration and Customs Enforcement Office, Kristi NOEM, Secretary of the United States Department of Homeland Security, Todd M. LYONS, Acting Director of United States Immigration and Customs Enforcement, Pamela BONDI, Attorney General of the United States, acting in their official capacities,

Respondents.

Case No. 5:25-CV-10216-PCP

**STIPULATION AND ~~[PROPOSED]~~ ORDER RE: FILING OF REPLY/TRAVERSE**

Trial Date: None Set

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

Petitioner CARMEN ARACELY PABLO SEQUEN and Respondents SERGIO ALBARRAN, Field Office Director of the San Francisco Immigration and Customs Enforcement Office, KRISTI NOEM, Secretary of the United States Department of Homeland Security, TODD M. LYONS, Acting Director of United States Immigration and Customs Enforcement, PAMELA BONDI, Attorney General of the United States hereby state as follows:

WHEREAS, Petitioner Carmen Aracely Pablo Sequen filed an amended writ of habeas corpus on December 1, 2025,

WHEREAS, Respondents filed a Return and Opposition to Petitioner's Writ of Habeas Corpus on December 15, 2025,

WHEREAS, Petitioner seeks to file a Reply/Traverse to Respondents' Return and Opposition,

WHEREAS, the parties stipulate that Petitioner Carmen Aracely Pablo Sequen may file and serve a Reply/Traverse on or before January 16, 2026.

DATED: January 7, 2026

LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA

By: */s/ Jordan Wells*
MARISSA HATTON
ANDREW NTIM
JORDAN WELLS
NISHA KASHYAP
Attorneys for Petitioner

DATED: January 7, 2026

CARECEN SF

By: */s/ Laura Victoria Sanchez*
LAURA VICTORIA SANCHEZ
TALA BERARDI HARTSOUGH
Attorneys for Petitioner

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

DATED: January 7, 2026

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA

By: */s/ Neil K. Sawhney*
NEIL K. SAWHNEY
LAUREN M. DAVIS
Attorneys for Petitioner

DATED: January 7, 2026

COBLENTZ PATCH DUFFY & BASS LLP

By: */s/ Mark L. Hejinian*
MARK L. HEJINIAN
MARCIA V. VALENTE
DAVID C. BEACH
CHARMAINE G. YU
EVAN G. CAMPBELL
DARIEN LO
Attorneys for Petitioner

DATED: January 7, 2026

ASSISTANT UNITED STATES ATTORNEY

By: */s/ Douglas Johns*
DOUGLAS JOHNS
Attorneys for Respondents

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

**ATTESTATION**

I, Mark L. Hejinian, am the ECF user whose identification and password are being used to file the **STIPULATION AND [PROPOSED] ORDER RE: FILING OF REPLY/TRAVERSE**. In compliance with LR 5-1(i)(3), I hereby attest that all parties have concurred in this filing.

DATED: January 7, 2026

COBLENTZ PATCH DUFFY & BASS LLP

By: */s/ Mark L. Hejinian*
MARK L. HEJINIAN
Attorneys for Petitioner

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

**~~[PROPOSED]~~ ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefor, it is the ORDER of this Court that:

Petitioner Carmen Aracely Pablo Sequen may file and serve a Reply/Traverse on or before January 16, 2026.

**IT IS SO ORDERED.**

DATED: January _8_, 2026

______________________________
HON. P. CASEY PITTS
United States District Court Judge